IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASE ACCESS, JEDD COWSER, LISA DEMUSIS, CATHERINE HANSEN, RYAN KEMPF, CHARLEY KURLINKUS, and MARSHALL MILLER,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE; JESSICA BOWRON, Acting Director of the National Park Service, in her official capacity; DEPARTMENT OF THE INTERIOR; DOUG BURGUM, Secretary of the Department of the Interior, in his official capacity; PAM BONDI, Attorney General, in her official capacity,<br><br>*Defendants*. | DECLARATION OF KENDRICK DANE<br><br>Case No. 4:25-cv-790 |

Declarant, Kendrick Dane, affirms the following under penalty of perjury:

1. I am over the age of eighteen years and otherwise competent to testify to the matters stated herein.

2. I am General Counsel for Plaintiff BASE Access, Inc. ("BASE Access"). The facts set forth in this Declaration are based upon my personal knowledge and review of the business records of BASE Access.

3. BASE Access is a Nevada membership-based nonprofit corporation pursuant to Chapter 82 of the Nevada Revised Statutes and its corporate Bylaws. It was incorporated on April 11, 2023 with its registered address at 6150 Sunrise Meadows, Reno, NV, 89519. BASE Access is in good standing with the Nevada Secretary of State as of the date of this Declaration.

4. BASE Access was organized for and exists exclusively for charitable and educational purposes under section 501(c)(3) of the Internal Revenue Code.

5. The primary mission of BASE Access is to preserve the BASE jumping community's access to public lands historically used for BASE jumping within the United States through collaboration with and advocacy towards government agencies exercising regulatory jurisdiction thereover. BASE Access also provides safety education to the BASE jumping community and opportunities for BASE jumping and related nature-focused experiences.

6. BASE Access has 110 Members as of the date of this Declaration—104 of which are residents of the United States.

7. I declare under penalty of perjury that the foregoing is true and correct.

Kendrick Dane
*General Counsel*
BASE Access, Inc.
Kendrick@baseaccess.org

Executed on: February 19, 2025