IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BASE ACCESS, JEDD COWSER, LISA DEMUSIS, CATHERINE HANSEN, RYAN KEMPF, CHARLEY KURLINKUS, and MARSHALL MILLER,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**; **JESSICA BOWRON,** Acting Director of the National Park Service, in her official capacity; **DEPARTMENT OF THE INTERIOR**; **DOUG BURGUM,** Secretary of the Department of the Interior, in his official capacity; **PAM BONDI,** Attorney General, in her official capacity,<br><br>*Defendants*. | Case No. 4:25-cv-790 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, BASE Access, Inc., discloses that it has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

February 24, 2025

Respectfully submitted,

/s/ Casey Norman
Casey Norman
Litigation Counsel
New York Bar # 5772199
SDTX # 3845489
Casey.Norman@ncla.legal
Attorney-in-Charge

/s/ Sheng Li
Sheng Li*

1

Litigation Counsel
New York Bar # 5448147
Sheng.Li@ncla.legal
*Motion to Be Admitted Pro Hac Vice Forthcoming

NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210

*Counsel for Plaintiffs*