UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*United States Courts*
*Southern District of Texas*
*FILED*
*MAR 31 2025*
*Nathan Ochsner, Clerk of Court*

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-790 |

| BASE ACCESS, et. al, |
|---|
| versus |
| NATIONAL PARK SERVICE, et. al, |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey Scott Thomas<br>United States Department of Justice<br>150 M. Street<br>Washington, DC 20001<br>434-238-0937; jeffrey.thomas2@usdoj.gov<br>Virginia  86439<br>Eastern District of Virginia; Western District of Virginia |

| Name of party applicant seeks to appear for: | The National Park Service; The Department of the Interior; Jessica Bowron; Doug Burgum; Pam Bondi |

Has applicant been sanctioned by any bar association or court?   Yes _____   No  X

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 03/31/2025 | Signed: *J. Htt Thomas* |

The state bar reports that the applicant's status is:   Active

Dated: April 01, 2025    Clerk's signature: *Darlene Hansen*

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____

United States District Judge