IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASE ACCESS, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al*.<br><br>*Defendants*. | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT<br><br>Case No. 4:25-cv-00790 |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 4(i) and this Court's Procedures, I, Christopher Stokes, a paralegal for the New Civil Liberties Alliance, the law firm representing Plaintiffs in the above-captioned matter, hereby respectfully submit the following affidavit of service of the Summons and Complaint in this matter, as well as the Court Procedures and ECF-5, Order for Conference and Disclosure of Interested Parties. All documents were served on Defendants via certified mail, return receipt requested pursuant to Federal Rule of Civil Procedure 4(i).

| **Party And Address Sent To** | **Sent** | **Delivered** |
|---|---|---|
| National Park Service<br>1849 C Street NW<br>Washington, DC 20240 | 3/10/2025 | 3/17/2025 |
| Department of the Interior<br>1849 C Street NW<br>Washington, DC 20240 | 3/10/2025 | 3/17/2025 |
| Doug Burgum<br>Secretary<br>Department of the Interior<br>1849 C Street NW<br>Washington, DC 20240 | 3/10/2025 | 3/17/2025 |
| Jessica Bowron, Acting Director<br>National Park Service | 3/10/2025 | 3/17/2025 |

| | | |
|---|---|---|
| 1849 C Street NW<br>Washington, DC 20240 | | |
| Hon. Pam Bondi<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | 3/10/2025 | 3/17/2025 |
| Nicholas J. Ganjei<br>U.S. Attorney<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | 3/10/2025 | 3/14/2025 |

Return receipts (or, where return receipts were not returned, proof of delivery data by the United States Postal Service) are attached to this affidavit as Exhibit A that demonstrate the data in the table above.

I solemnly affirm that the foregoing is true and correct to the best of my knowledge, information, and belief.

EXECUTED: April 10, 2025  
              Arlington, VA

*/s/ Christopher Stokes*