# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Houston, TX 77002

| | |
|---|---|
| Certified Mail Fee $ | $4.85   0130 |
| Extra Services & Fees (check box, add fee as appropriate) | 10 |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | MAR 10 2025 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees $13.26 | |
| Sent To Nicholas Ganjei US Atty | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1215 0875 48

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nicholas J. Ganjei
   U.S. Attorney for S.D. Tex.
   1000 Louisiana, Ste. 2300
   Houston, TX 77002

9590 9402 8818 4005 7804 98

2. Article Number (Transfer from service label)
   9589 0710 5270 1215 0875 48

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   SIDNEY                         3/14/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ed Mail
☐ ___ed Mail Restricted Delivery
      $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20240     OFFICIAL USE

| Certified Mail Fee | $4.85 | 0130 |
| --- | --- | --- |
| $ | $4.10 | 10 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ $13.20

MAR 10 2025    03/10/2025

Sent To: Doug Burgum
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1215 0875 24

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Doug Burgum
    Secretary
    Department of the Interior
    1849 C Street, N.W.
    Washington, DC 20240

9590 9402 8818 4005 7804 81

2. Article Number (Transfer from service label)
9589 0710 5270 1215 0875 24

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☒ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
G. Dodds                          3/17/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:         ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**Tracking Number:**

## 9589071052701215087555





**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:15 pm on March 17, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®



**Delivered**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
March 17, 2025, 12:15 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**



**Tracking Number:**

## 9589071052701215087531

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:15 pm on March 17, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20240
March 17, 2025, 12:15 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**