United States District Court
Southern District of Texas
**ENTERED**
April 15, 2025
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States Courts
Southern District of Texas
**FILED**
MAR 31 2025
Nathan Ochsner, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-790 |

BASE ACCESS, et. al,

*versus*

NATIONAL PARK SERVICE, et. al,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey Scott Thomas<br>United States Department of Justice<br>150 M. Street<br>Washington, DC 20001<br>434-238-0937; jeffrey.thomas2@usdoj.gov<br>Virginia 86439<br>Eastern District of Virginia; Western District of Virginia |

| Name of party applicant seeks to appear for: | The National Park Service; The Department of the Interior; Jessica Bowron; Doug Burgum; Pam Bondi |

Has applicant been sanctioned by any bar association or court? Yes _____ No  X  

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 03/31/2025 | Signed: *J. Jeff Thomas* |

| The state bar reports that the applicant's status is: Active |
| Dated: April 01, 2025 | Clerk's signature: *Darlene Hansen* |

**Order**

Dated: April 15, 2025

This lawyer is admitted *pro hac vice*.

*C R Eskridge*
United States District Judge