# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **BASE ACCESS, JEDD COWSER, LISA DEMUSIS, CATHERINE HANSEN, RYAN KEMPF, CHARLEY KURLINKUS, and MARSHALL MILLER,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**; **JESSICA BOWRON,** Acting Director of the National Park Service, in her official capacity; **DEPARTMENT OF THE INTERIOR**; **DOUG BURGUM,** Secretary of the Department of the Interior, in his official capacity; **PAM BONDI,** Attorney General, in her official capacity,<br><br>*Defendants*. | Case No. 4:25-cv-790 |

## CERTIFICATE OF INTERESTED PARTIES

I, Casey Norman, submit this certificate of interested parties. Plaintiffs seek only injunctive and declaratory relief, along with nominal damages. However, out of an abundance of caution, I hereby certify that the Plaintiffs named in the Complaint in this action are financially interested in the outcome of this litigation. Plaintiffs' attorneys, listed below, provide their services *pro bono publico*.

April 29, 2025

          Respectfully submitted,

          <u>/s/ Casey Norman</u>
          Casey Norman
          Litigation Counsel
          New York Bar # 5772199
          SDTX # 3845489
          Casey.Norman@ncla.legal
          Attorney-in-Charge

          <u>/s/ Sheng Li</u>
          Sheng Li*
          Litigation Counsel
          New York Bar # 5448147
          Sheng.Li@ncla.legal
          * Pro Hac Vice Motion Forthcoming

          NEW CIVIL LIBERTIES ALLIANCE
          4250 N. Fairfax Dr., Suite 300
          Arlington, VA 22203
          Telephone: (202) 869-5210

          *Counsel for All Plaintiffs*


          <u>/s/ Adam Adler</u>
          Adam Adler*
          New York Bar # 5470174
          E-mail: aadler@reichmanjorgensen.com
          * Pro Hac Vice Motion Forthcoming

          REICHMAN JORGENSEN LEHMAN &
          FELDBERG LLP
          1909 K St., NW Suite 800
          Washington, DC 20006
          Telephone: (202) 894-7312

          *Counsel for Plaintiff BASE Access*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2025, I electronically filed the foregoing document with the United States District Clerk for the Southern District of Texas and electronically served all counsel of record via the District Court's ECF system.

*/s/ Casey B. Norman*
