IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BASE ACCESS, JEDD COWSER, LISA DEMUSIS, CATHERINE HANSEN, RYAN KEMPF, CHARLEY KURLINKUS,** and **MARSHALL MILLER,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**; **JESSICA BOWRON,** Acting Director of the National Park Service, in her official capacity; **DEPARTMENT OF THE INTERIOR**; **DOUG BURGUM,** Secretary of the Department of the Interior, in his official capacity; **PAM BONDI,** Attorney General, in her official capacity,<br><br>*Defendants*. | Case No. 4:25-cv-790 |

# [PROPOSED] SCHEDULING ORDER

This case, which will likely proceed on the Administrative Record, shall be governed by the following deadlines. The parties are ADVISED that no continuance will be granted, even upon joint motion, absent a showing of actual diligence and extraordinary cause:

- The parties must file any motion to add new parties by **August 8, 2025**;

- Plaintiffs must file any motion for leave to amend the pleadings by **August 22, 2025**;

- The parties must complete any alternate dispute resolution by **September 12, 2025**;

- Defendants must file administrative record by **September 29, 2025**;

- Plaintiff must notify Defendants of any alleged deficiencies with the administrative record by **October 20, 2025**;

- Defendants must respond to Plaintiffs' claim(s) that the AR is deficient by **November 3, 2025**;

- Plaintiffs must file any motion to complete or supplement the record or otherwise compel discovery by **November 21, 2025**;

**If Plaintiffs do not file a motion to compel or supplement the administrative record:**

- Plaintiffs must file motion for summary judgment by **December 12, 2025**;

- Defendants must file cross motion for summary judgment/response by **January 12, 2026**;

- Plaintiffs must file response to Defendants' cross motion by **January 26, 2026**;

- Defendants must file reply in support of their cross motion by **February 9, 2026**.

- The Court will hear argument on the parties' cross-motions for summary judgment on **February 27, 2026**.

**If Plaintiffs do file a motion to complete or supplement the administrative record or compel discovery:**

- Plaintiffs must file a motion for summary judgment within **30 days** of the Court entering an order resolving the motion to complete or supplement the administrative record or compel discovery;

- Defendants' cross motion for summary judgment/response is due **30 days** thereafter;

- Plaintiffs' response is due **14 days** thereafter;

- Defendants' reply is due **14 days** thereafter;

- The Court will hear oral argument on the parties' cross-motions **21 days** after the motions are fully briefed.

Signed on _____, 2025, at Houston, Texas.

_____

**Hon. Charles Eskridge**
**United States District Judge**