IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASE ACCESS, JEDD COWSER, LISA DEMUSIS, CATHERINE HANSEN, RYAN KEMPF, CHARLEY KURLINKUS, and MARSHALL MILLER,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE; JESSICA BOWRON, Acting Director of the National Park Service, in her official capacity; DEPARTMENT OF THE INTERIOR; DOUG BURGUM, Secretary of the Department of the Interior, in his official capacity; PAM BONDI, Attorney General, in her official capacity,<br><br>*Defendants*. | Case No. 4:25-cv-790 |

**JOINT MOTION TO ENTER A BRIEFING SCHEDULE FOR 12(b)(1) AND 12(b)(6) MOTION(S) AND TO RESET THE INITIAL PRETRIAL CONFERENCE**

On March 7, 2025, the Court entered the Order for Conference and Disclosure of Interested Parties, which, among other things, established a May 7th deadline for filing the Joint Discovery/Case Management Plan and set the initial pretrial conference for May 21, 2025, at 2:30 p.m. *See* ECF No. 5. A week later, the Court entered the scheduling and docket control order. *See* ECF No. 6. The parties met and conferred on April 30th to prepare the Joint Discovery/Case Management Plan. During that meet-and-confer and in conjunction with the Parties' discussion about scheduling, Defendants noted they will

likely file a motion to dismiss. Because of the counsels' respective work obligations (which include preparing and filing multiple dispositive motions in earlier-filed cases) and several long-arranged trips, the parties jointly formulated a schedule to brief any motion to dismiss that Defendants may file.

The parties respectfully request that the Court vacate its earlier orders, ECF Nos. 5 and 6, and enter an order adopting the parties' proposed briefing schedule, as set forth below:[1]

- Defendants must file a responsive pleading, including any 12(b)(1) or 12(b)(6) motions by **June 12, 2025**;
- Plaintiffs must file a response to any motion to dismiss by **July 3, 2025**;
- Defendants must file any reply by **July 17, 2025**.

For the sake of efficiency, the parties also propose combining oral argument on any motion to dismiss with the initial pretrial conference and suggest a hearing/conference date of **July 30, 2025**.

Dated: May 2, 2025

Respectfully submitted,

/s/ Casey Norman
Casey Norman
Litigation Counsel
New York Bar # 5772199

---

[1] The parties have separately filed a proposed scheduling order for the remaining deadlines in this case as an exhibit to the Joint Discovery/Case Management Plan, and respectfully request that the Court enter that new scheduling order.

SDTX # 3845489
Casey.Norman@ncla.legal
Attorney-in-Charge

/s/ Kara Rollins
Kara Rollins*
Litigation Counsel
New York Bar # 5448147
Kara.Rollins@ncla.legal
* Pro Hac Vice Motion Forthcoming

New Civil Liberties Alliance
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210

*Counsel for All Plaintiffs*

/s/ Adam Adler
Adam Adler*
New York Bar # 5470174
E-mail: aadler@reichmanjorgensen.com
* Pro Hac Vice Motion Forthcoming

Reichman Jorgensen Lehman & Feldberg llp
1909 K St., NW Suite 800
Washington, DC 20006
Telephone: (202) 894-7312

*Counsel for Plaintiff BASE Access*

Adam R.F. Gustafson
Acting Assistant Attorney General
U.S. DEPARMENT OF JUSTICE
Environment and Natural Resources Division

/s/ J. Scott Thomas

J. SCOTT THOMAS (VA Bar 86439)
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611

Washington, D.C. 20044-7611
Telephone: (202) 514-3553 (Thomas)
jeffrey.thomas2@usdoj.gov

*Attorneys for Defendants*