UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 25-cv-790 |
|---|---|---|---|

| BASE Access, et al. |
|---|
| *versus* |
| National Park Service, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kara M. Rollins<br>New Civil Liberties Alliance<br>4250 N. Fairfax Drive, Suite 300<br>Arlington, VA 22203<br>(202) 869-5210 kara.rollins@ncla.legal<br>1046799 (D.C. Bar No.)<br>1046799 (D.D.C. Bar No.) |
|---|---|

| Name of party applicant seeks to appear for: | BASE Access, et al., Jedd Cowser, Lisa DeMusis, Catherine Hansen, Ryan Kempf, Charley Kurlinkus, and Marshall Miller (Plaintiffs) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 5/20/2025 | Signed: | /s/ Kara M. Rollins |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:        Clerk's signature |

**Order**           **This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
                                                    United States District Judge