UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 25-cv-790 |
|---|---|---|---|

| BASE Access, et al. |
|---|
| *versus* |
| National Park Service, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey N. Candrian<br>U.S. Department of Justice<br>999 18th St., North Terrace, Suite 600<br>Denver, CO 80202<br>(303) 844-1382, jeffrey.candrian@usdoj.gov<br>Colorado, 43839 |
|---|---|

| Name of party applicant seeks to appear for: | The National Park Service; The Department of the Interior; Jessica Bowron; Doug Burgum; Pam Bondi |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 5|22|25     Signed: [signature]

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                    United States District Judge