ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
Environment & Natural Resources Division

JEFFREY S. THOMAS, Trial Attorney (VA Bar No. 86439)
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Facsimile: (202) 305-0506
jeffrey.thomas2 @usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BASE ACCESS, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et. al,<br><br>Defendants. | Case No. 4:25-cv-790<br><br>**MOTION TO WITHDRAW** |

Mr. Thomas, who will be leaving the Department of Justice on May 30, 2025, moves to withdraw as counsel of record in this case. Mr. Thomas has informed his clients and opposing counsel of his forthcoming departure. The Federal Defendants will be represented by Mr. Jeffrey Candrian and Mr. Daniel Luecke, who either have or will note their appearance.

Respectfully submitted on May 22, 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

United States Department of Justice

/s/ *J. Scott Thomas*
JEFFREY SCOTT THOMAS

Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Facsimile: (202) 305-0506
jeffrey.thomas2 @usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, I electronically filed the **MOTION TO WITHDRAW** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

*/s/ J. Scott Thomas*
JEFFREY SCOTT THOMAS