# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BASE ACCESS, et. al,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et. al,<br><br>    Defendants. | Case No. 4:25-cv-790<br><br>**[PROPOSED] ORDER** |

The motion of Mr. J. Scott Thomas to withdraw as counsel of record for the Federal Defendants is hereby GRANTED.

SO ORDERED this \_\_\_\_ day of _____, 2025.

_____
**United States District Judge**