United States District Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASE ACCESS, *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:25-cv-00790 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| DOUG BURGUM, *et al*, | § | |
| Defendants. | § | |

## ORDER

The joint motion to enter a briefing schedule for motions to dismiss and to reset the initial conference is GRANTED. Dkt 12.

The following schedule will control disposition of this case:

**06/12/2025**     Defendants must file a response pleading, including any 12(b)(1) or 12(b)(6) motions.

**07/03/2025**     Plaintiffs must file a response to any motion to dismiss.

**07/17/2025**     Defendants must file any reply.

**08/20/2025 at 2:30 p.m.**     Initial conference and motion hearing.

All other deadlines are ABATED and will be reset later, as determined necessary.

SO ORDERED.

Signed on May 23, 2025, at Houston, Texas.

_____

Hon. Charles Eskridge
United States District Judge