United States District Court
Southern District of Texas
**ENTERED**
May 28, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| BASE ACCESS, et. al,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et. al,<br><br>      Defendants. | Case No. 4:25-cv-790<br><br>**ORDER** |

The motion of Mr. J. Scott Thomas to withdraw as counsel of record for the Federal Defendants is hereby GRANTED.

SO ORDERED this 27th day of May, 2025.

_____
**Hon. Charles Eskridge**
**United States District Judge**