IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BASE ACCESS, JEDD COWSER, LISA DEMUSIS, CATHERINE HANSEN, RYAN KEMPF, CHARLEY KURLINKUS,** and **MARSHALL MILLER,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**;<br>**JESSICA BOWRON,** Acting Director of the National Park Service, in her official capacity;<br>**DEPARTMENT OF THE INTERIOR**;<br>**DOUG BURGUM,** Secretary of the Department of the Interior, in his official capacity; **PAM BONDI,** Attorney General, in her official capacity,<br><br>*Defendants*. | **DECLARATION OF JEDD COWSER** |

Declarant, Jedd Cowser, affirms the following under penalty of perjury:

1. I am over the age of eighteen years and otherwise competent to testify to the matters stated herein.

2. I reside in Magnolia, Texas. I am a Product Safety Leader. The facts set forth in this Declaration are based upon my personal knowledge.

3. I have been actively BASE jumping since 2011. I own a wingsuit school in Houston, Texas, where I teach experienced skydivers how to safely perform wingsuit jumps.

4. I have no intention of breaking the law (specifically, 36 C.F.R. § 2.17(a)(3)) and will not BASE jump in the national parks under the current circumstances imposed by the National Park Service against BASE jumpers.

5. However, in the past, I have BASE jumped over 30 times in Guadalupe National Park, Yosemite National Park, and Grand Canyon National Park national park(s). I found that the conditions were ideal for BASE jumping at those locations, which offer some of the safest places to jump in the country.

6. If not for the Aerial Delivery Rule (36 C.F.R. § 2.17(a)(3)), I would return to Guadalupe National Park, Yosemite National Park, and Grand Canyon National Park to jump there as soon as I could. I would also seek to teach my wingsuit students at Guadalupe National Park, Yosemite National Park, and Grand Canyon National Park, as the conditions are ideal for beginners.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 2, 2025

*Jedd Cowser*

Jedd Cowser