UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASE ACCESS, *et al*, <br> Plaintiffs, <br><br> vs. <br><br> NATIONAL PARK SERVICE, *et al*, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. <br> 4:25-cv-790 <br><br> JUDGE CHARLES ESKRIDGE |

**ORDER**

Defendants' unopposed motion to reschedule the August 20, 2025 initial conference and motion hearing is GRANTED. The initial conference and motion hearing is rescheduled to _____, 2025.

SO ORDERED.

Signed on July ____, 2025, at Houston Texas.

_____
Hon. Charles Eskridge
United States District Judge