United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BASE ACCESS, *et al*,<br>　　　　Plaintiffs,<br><br>vs.<br><br>NATIONAL PARK SERVICE, *et al*,<br>　　　　Defendants. | §§§§§§§§§§ | CIVIL ACTION NO.<br>4:25-cv-790<br><br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

Defendants' unopposed motion to reschedule the August 20, 2025 initial conference and motion hearing is GRANTED. The initial conference and motion hearing is rescheduled to October 24, 2025 at 2:30 p.m.

SO ORDERED.

Signed on August 5, 2025, at Houston, Texas.

_____
Charles Eskridge
United States District Judge