# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BASE ACCESS, et. al,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et. al,<br><br>    Defendants. | Case No. 4:25-cv-790<br><br>**UNOPPOSED MOTION TO VACATE AND RESCHEDULE OCTOBER 24, 2025 INITIAL CONFERENCE AND MOTION HEARING** |

Because of the lapse in Congressional appropriations, Defendants respectfully request that the Court vacate the October 24, 2025 Initial Conference and Motion Hearing ("Hearing"), and once Congress restores funding, that the parties contact the Court's Case Manager to reschedule the Hearing to a date that works for the Court and the parties. Defendants conferred with Plaintiffs before filing this motion and Plaintiffs do not oppose the requested relief. In support of this request, Defendants advise the Court as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department of Justice does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. On June 12, Defendants filed a Motion to Dismiss. Dkt. 19. Plaintiffs filed a Response in Opposition on July 3 (Dkt. 23) and Defendants filed a Reply on July 17 (Dkt. 24). A hearing on that motion is scheduled for October 24, 2025 in Houston, Texas. Dkt. 26. There are no other deadlines currently set in this case.

4. In light of the uncertainty related to the Department of Justice's funding, Defendants request that the Court vacate the Hearing, and once Congress restores

funding, that the parties contact the Court's Case Manager to reschedule the Hearing to a date that works for the Court and the parties.

5. Defendants greatly regret any disruption caused to the Court and Plaintiffs with this request. A proposed order granting the requested relief is filed with this motion.

Respectfully submitted this 10th day of October, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
999 18th St., North Terrace, Suite 600
Denver, Colorado 80202
Ph: 303-844-1382
Email: Jeffrey.candrian@usdoj.gov
CO Bar No. 43839

DANIEL LUECKE
Trial Attorney
Natural Resources Section
Environmental and Natural Resources Division
United States Department of Justice
150 M St. NE
Washington, D.C. 20002
Ph: 202-353-1389 (office)
Email: daniel.luecke@usdoj.gov

CA Bar No. 326695

*Attorneys for Defendants*