# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BASE ACCESS, *et al*, <br> Plaintiffs, | § <br> § <br> § <br> § | CIVIL ACTION NO. <br> 4:25-cv-790 |
| vs. | § <br> § <br> § | JUDGE CHARLES ESKRIDGE |
| NATIONAL PARK <br> SERVICE, *et al*, <br> Defendants. | § <br> § <br> § | |

## ORDER

Defendants' unopposed motion to vacate the October 24, 2025 initial conference and motion hearing is GRANTED.  Once Congress restores funding, the Parties will contact the Court's Case Manager to reschedule the hearing.

SO ORDERED.

Signed on October ____, 2025, at Houston Texas.

_____
Hon. Charles Eskridge
United States District Judge