United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BASE ACCESS, *et al*, <br> Plaintiffs, | § § § § | CIVIL ACTION NO. <br> 4:25-cv-790 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| NATIONAL PARK <br> SERVICE, *et al*, <br> Defendants. | § § § | |

## ORDER

Defendants' unopposed motion to vacate the October 24, 2025 initial conference and motion hearing is GRANTED.

The initial conference is RESET for December 1, 2025 at 10:30 am.

SO ORDERED.

Signed on October 15, 2025, at Houston Texas.

_____
Hon. Charles Eskridge
United States District Judge