AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| BASE Access, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:25-cv-790 |
| National Park Service, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BASE Access, Jedd Cowser, Lisa Demusis, Catherine Hansen, Ryan Kempf, Charley Kurlinkus, M. Miller.

Date: 11/26/2025

/s/ John J. Vecchione
*Attorney's signature*

John J. Vecchione,
*Printed name and bar number*
4250 N. Fairfax Dr. Ste. 300 Arlington, VA 22203

*Address*

john.vecchione@ncla.legal
*E-mail address*

(202) 869-5238
*Telephone number*

(202) 869-5238
*FAX number*