UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-790 |
|---|---|---|---|

| BASE ACCESS, et. al., |
|---|
| *versus* |
| NATIONAL PARK SERVICE, et. al., |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam Adler<br>Reichman Jorgensen Lehman & Feldberg LLP<br>1909 K St., NW, Suite 800<br>Washington, DC 20006<br>(650) 623-1480; aadler@reichmanjorgensen.com<br>District of Columbia (888324890) |

| Name of party applicant seeks to appear for: | BASE ACCESS |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/26/2025 | Signed: /s/ Adam Adler |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States District Judge