UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASE ACCESS, *et al*, | § | CIVIL ACTION NUMBER |
| Plaintiffs, | § | 4:25-cv-00790 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| DOUG BURGUM, *et al*, | § | |
| Defendants. | § | |

### MINUTE ENTRY

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge on December 1, 2025. All parties present and represented by counsel.

The Court addressed the joint discovery/case management plan. Dkt 11.

It was noted that no scheduling and docket control order is currently in place. Such order will be entered following a ruling of the pending motion discussed next.

The Court addressed the motion by Defendants to dismiss for lack of standing, improper venue, and on the merits. Dkt 19.

Argument heard. The motion was TAKEN UNDER ADVISEMENT.

It was ORDERED that Defendants submit a supplemental brief explaining (i) the process by which a permit for BASE jumping in a national park may be sought and given consideration, and (ii) the process by which a citizen may initiate the rulemaking process to amend existing regulations pertinent to this action. Such filing must be submitted by December 22, 2025. Any reply by Plaintiffs must then be filed by January 16, 2025.

It was further ORDERED that discovery is STAYED pending ruling on the motion to dismiss. The parties may engage in discovery or the exchange of information to which they mutually agree. But any disputed discovery may proceed only with permission sought and obtained.

The parties should continue to confer in good faith regarding settlement.

SO ORDERED.

Signed on December 1, 2025, at Houston, Texas.

*CREskridge*
Honorable Charles Eskridge
United States District Judge