AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Casey Norman | (202) 869-5210 | 12/16/2025 |

| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| casey.norman@ncla.legal | Arlington | VA | 22203 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 4:25-cv-00790 | Charles Eskridge | 10. FROM 12/1/2025 | 11. TO 12/1/2025 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| BASE Access, et al. v. National Park Service, et al. | 13. CITY Houston | 14. STATE TX |

### 15. ORDER FOR

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

### 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | 12/1/2025 | | |
| [x] OPENING STATEMENT (Defendant) | 12/1/2025 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 12/1/2025 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | 12/1/2025 | | |
| [x] OPINION OF COURT | 12/1/2025 | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Entire transcript of 12/1/2025 proceedings |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE *(signed)*

19. DATE: 12/16/2025

PROCESSED BY:

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY