United States District Court
Southern District of Texas
**ENTERED**
December 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-790 |
|---|---|---|---|

| BASE ACCESS, et. al., |
|---|
| *versus* |
| NATIONAL PARK SERVICE, et. al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam Adler<br>Reichman Jorgensen Lehman & Feldberg LLP<br>1909 K St., NW, Suite 800<br>Washington, DC 20006<br>(650) 623-1480; aadler@reichmanjorgensen.com<br>District of Columbia (888324890) |
|---|---|

| Name of party applicant seeks to appear for: | BASE ACCESS |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/26/2025 | Signed: /s/ Adam Adler |
|---|---|

| The state bar reports that the applicant's status is:  in good standing |
|---|
| Dated: 12/18/2025  Clerk's signature  *Jennelle Gonzalez* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: December 23, 2025

*CREshridge*
United States District Judge