UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASE ACCESS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>    Defendants. | Case No. 4:25-cv-790<br><br>**DEFENDANTS' MOTION REQUESTING LEAVE TO FILE THREE-PAGE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEF** |

Defendants respectfully request leave to file a short reply brief to Defendants' Response to Defendants' Supplemental Brief. In support of this request, Defendants advise the Court as follows:

1.  Defendants conferred with Plaintiffs before filing this motion. Plaintiffs oppose the motion.

2.  Following the December 1, 2025 hearing, the Court ordered Defendants to submit additional information on two discrete subjects: 1) what is the process by which a permit for BASE jumping in a unit of the National Park System may be sought and given consideration, and 2) what is the process by which a citizen may initiate a request to amend existing regulations pertinent to this matter. Dkt. 31. In the Order, the Court set a deadline for Defendants' brief and Plaintiffs' response. *Id.*

3.  Pursuant to the Order, Defendants filed a supplemental brief of just over four pages on December 19, 2025, and limited the discussion to the two subjects

Defendants' Mot. Requesting Leave to File Reply Br. 1

described in the Order. Dkt. 34; s*ee* Dec. 1, 2025 transcript of Hearing, p. 31 lines 2-3 ("I just need a couple of pages explaining [the two subjects]"); *id*. at p. 98, lines 17-19 ("I was thinking it might take you five to 10 pages at most, but I was sort of thinking five.")

4. On January 19, 2025, Plaintiffs filed a nine-page brief that went well beyond the two subjects described in the Court's December 16 Order. Plaintiffs argued standing (Dkt. 38 at 1-4, 6) and the merits of Defendants' motion to dismiss (*id*. at 4-5, 10). Plaintiffs also did not accurately describe the National Park Service's permitting process for BASE jumping, and made other incorrect assertions related to NPS's policies and regulations.

5. Plaintiffs had their chance to oppose Defendants' motion to dismiss with a response brief (Dkt. 23) and at the December 1 Hearing. Plaintiffs are not entitled to another bite at the apple via a supplemental brief that was supposed to be limited to two specific subjects. Because the Court's December 16 Order did not provide for a reply brief for Defendants, Defendants respectfully request leave to file a three-page reply to Plaintiffs' response brief.

Respectfully submitted this 27th day of January, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN

Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
999 18th St., North Terrace, Suite 600
Denver, Colorado 80202
Ph: 202-532-3093
Email: Jeffrey.candrian@usdoj.gov
CO Bar No. 43839

DANIEL LUECKE
Trial Attorney
Natural Resources Section
Environmental and Natural Resources Division
United States Department of Justice
150 M St. NE
Washington, D.C. 20002
Ph: 202-353-1389
Email: daniel.luecke@usdoj.gov
CA Bar No. 326695

*Attorneys for Defendants*