# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| BASE ACCESS, *et al*,<br>      Plaintiffs, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:25-cv-790 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| NATIONAL PARK<br>SERVICE, *et al*,<br>      Defendants. | §<br>§ |  |

## ORDER

Defendants' motion requesting leave to file a three-page reply brief to Plaintiffs' Response to Defendants' Supplemental Brief is GRANTED. Defendants shall file their reply within seven days of the entry of this Order.

SO ORDERED.

Signed on January _____, 2026, at Houston Texas.

_____
Hon. Charles Eskridge
United States District Judge