United States District Court
Southern District of Texas
**ENTERED**
January 30, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BASE ACCESS, *et al*, <br> Plaintiffs, | § § § § | CIVIL ACTION NO. <br> 4:25-cv-790 |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| NATIONAL PARK SERVICE, *et al*, <br> Defendants. | § § | |

## ORDER

Defendants' motion requesting leave to file a three-page reply brief to Plaintiffs' Response to Defendants' Supplemental Brief is GRANTED. Defendants shall file their reply within seven days of the entry of this Order.

SO ORDERED.

Signed on January 28, 2026, at Houston Texas.

_____
Hon. Charles Eskridge
United States District Judge