United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| BASE ACCESS, *et al,* | § | CIVIL ACTION NUMBER |
| Plaintiffs, | § | 4:25-cv-00790 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| DOUG BURGUM, *et al,* | § | |
| Defendants. | § | |

### FINAL JUDGMENT

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the order granting motion to dismiss entered this same date. Dkt 43.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on March 26, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge