**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| |
|---|
| BASE ACCESS, et al., |
| *Plaintiffs*, |
| v. |
| NATIONAL PARK SERVICE, et al., |
| *Defendants*. |

Case No.  4:25-cv-790

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), all Plaintiffs in this action hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on March 26, 2026, dismissing this proceeding. ECF No. 44.

DATED: May 21, 2026                    Respectfully submitted,

/s/ Casey Norman
Casey Norman
Litigation Counsel
New York Bar # 5772199
SDTX # 3845489
Casey.Norman@ncla.legal
Attorney-in-Charge

/s/ Kara Rollins
Kara Rollins*
Litigation Counsel
New York Bar # 5448147
Kara.Rollins@ncla.legal
* Pro Hac Vice

NEW CIVIL LIBERTIES ALLIANCE

1

4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210

*Counsel for All Plaintiffs*


/s/ Adam Adler
Adam Adler*
New York Bar # 5470174
E-mail: aadler@reichmanjorgensen.com
* Pro Hac Vice

REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K St., NW Suite 800
Washington, DC 20006
Telephone: (202) 894-7312

*Counsel for Plaintiff BASE Access*

2