**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BASE ACCESS, et. al,<br>Plaintiffs,<br>v.<br>NATIONAL PARK SERVICE, et. al,<br>Defendants. | Case No. 4:25-cv-790<br><br>**MOTION TO WITHDRAW** |

Defendants respectfully request that Daniel C. Luecke be permitted to withdraw as counsel in this case because Mr. Luecke is leaving the U.S. Department of Justice as of November 6, 2026. Defendants will continue to be represented by Jeffrey Candrian.

Respectfully submitted this 3rd day of November, 2026.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Daniel C. Luecke*
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, DC 20002
(202) 598-7863
daniel.luecke@udoj.gov

*Attorneys for Federal Defendants*